IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PETER SHANKS,

                         Plaintiff,                                    JUDGMENT IN A CIVIL CASE

          v.
                                                                       Case No. 16-cv-853-slc

NANCY A. BERRYHILL,
Acting Commissioner of Social Security

                         Defendant.

        This action came for consideration before the court with Magistrate Judge
Stephen L. Crocker presiding.  The issues have been considered and a decision has been
rendered.

        IT IS ORDERED AND ADJUDGED that judgment is entered awarding plaintiff

Peter Shanks attorney fees and costs in the amount of $703.29 under the Equal Access to

Justice Act, 28 U.S.C. § 2412.

        s/ A. Wiseman, Deputy Clerk                                    5/05/2017
        Peter Oppeneer, Clerk of Court                                 Date